*Court Of Appeals*
*Fourth Court of Appeals District of Texas San Antonio*



# MEMORANDUM OPINION

No. 04-10-00357-CV

Matthew **HERNANDEZ**, Principal, &
AAA Freebird Bail Bonds, Surety,
Appellants

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 2009-CV-0226
Honorable Frank Follis, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed: June 30, 2010

REVERSED AND RENDERED; MOTION GRANTED

The parties filed a joint motion, stating they have fully resolved and settled all disputed issues. They request that the trial court's judgment be reversed, and that judgment be rendered in accordance with their settlement agreement.

We grant the motion. The judgment of the trial court is reversed, and judgment is rendered that the State of Texas recover from AAA Freebird Bail Bonds the sum of five hundred dollars and

00/100 ($500.00).  *See* TEX. R. APP. P. 42.1(a)(2)(A).  We order all costs assessed against appellant.

*See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).


PER CURIAM